# Court of Appeals
# of the State of Georgia

ATLANTA, October 04, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0420. SHARON DENISE SPURLING v. OAKS INTOWN.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Sharon Denise Spurling appealed to the superior court. The superior court held a bench trial, then entered a final order resolving the case. Spurling appeals that ruling directly to this Court. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Spurling has no right of direct appeal here, this appeal is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/04/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Spurling also filed an application for discretionary appeal, which will be resolved separately. See Case No. A25D0072 (docketed Sept. 24, 2024).